Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−14391−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Roberto Hurtado
    76 May Street
    Hawthorne, NJ 07506

Social Security No.:
    xxx−xx−2583

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       10/16/19
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low, attorney for Debtor

COMMISSION OR FEES
$1,200.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 18, 2019
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-14391-RG
Roberto Hurtado                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 18, 2019
                              Form ID: 137             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Roberto Hurtado,    76 May Street,    Hawthorne, NJ 07506-2653
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,    Phelan Hallinan & Schmieg, PC400 Fellows,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Wells Fargo Bank, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
517371164      +AMEX,   CORRESPONDENCE,    PO BOX 981540,    EL PASO, TX 79998-1540
517461244       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
517371168      +CITIBANK / SEARS,    CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,    PO BOX 790040,
                SAINT LOUIS, MO 63179-0040
517371169      +CITIBANK SEARS,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                SAINT LOUIS, MO 63179-0040
517371170      +CITIBANK/THE HOME DEPOT,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                SAINT LOUIS, MO 63179-0040
517371171     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: FORD MOTOR CREDIT,    PO BOX 62180,    COLORADO SPRINGS, CO 80962)
517371172      +Phelan, Hallinan & Schmieg, P.C.,    400 Fellowship Road, Suite 100,
                Mount Laurel, NJ 08054-3437
517371173       RYMR&FLNIGN,    CSCL DISPUTE TEAM,    DES MOINES, IA 50306
517371175      +SPECIALIZED LOAN SERVICING/SLS,    ATTN: BANKRUPTCY,    PO BOX 636005,    LITTLETON, CO 80163-6005
517932659      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
517932660      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517423829       U.S. Bank National Association, as Trustee et.al.,    Wells Fargo Bank, N.A.,
                Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517371179      +VISA DEPT STORE NATIONAL BANK,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
517371181      +WELLS FARGO HOME MTG (DBA) AMERICAS SERV,    1000 BLUE GENTIAN RD. #300,    MAC #X7801-02K,
                EAGAN, MN 55121-1786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 00:44:23     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 00:44:21     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 00:52:32
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517458884      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2019 00:44:21     MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
517437338       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 01:03:09
                Portfolio Recovery Associates, LLC,    c/o THE HOME DEPOT,    POB 41067,   Norfolk VA 23541
517437335       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 00:52:42
                Portfolio Recovery Associates, LLC,    c/o Thd,    POB 41067,   Norfolk VA 23541
517371174      +E-mail/Text: jennifer.chacon@spservicing.com Sep 19 2019 00:45:03
                SELECT PORTFOLIO SERVICING, INC,    PO BOX 65250,   SALT LAKE CITY, UT 84165-0250
517371176      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 00:51:32     SYNCHRONY BANK/ JC PENNEYS,
                ATTN: BANKRUPTY,    PO BOX 103104,   ROSWELL, GA 30076-9104
517371177      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 00:51:31     SYNCHRONY BANK/ OLD NAVY,
                ATTN: BANKRUPTCY,    PO BOX 103104,   ROSWELL, GA 30076-9104
517371178      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 00:52:32     SYNCHRONY BANK/LOWES,
                ATTN: BANKRUPTCY,    PO BOX 103104,   ROSWELL, GA 30076-9104
517374773      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 00:51:58     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517371180*     +VISA DEPT STORE NATIONAL BANK,    ATTN: BANKRUPTCY,    PO BOX 8053,   MASON, OH 45040-8053
517371165    ##+BANK OD AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
517371166    ##+BANK OF AMERICA,    NC4-102-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
517371167    ##+CAPITAL ONE,   12447 SW 69TH AVE,    TIGARD, OR 97223-8517
                                                                                    TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin                Page 2 of 2                   Date Rcvd: Sep 18, 2019
                               Form ID: 137               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:

```
              Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2006-3 craig.keiser@law.njoag.gov
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2006-3 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    US Bank National Association, as Trustee, et al
               rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Roberto  Hurtado rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sherri Jennifer Smith     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2006-3 nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```