| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| **Russell L. Low, Esq. – RLL 4745**<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re:<br><br>ROBERTO HURTADO<br><br><br>Debtor(s) |

Order Filed on October 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-14391

Chapter 13

Judge: The Honorable Rosemary Gambardella

**Hearing Date: October 16, 2019, 10:00am**


## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 21, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC,** the applicant, is allowed a fee of $1,200.00 for services rendered and expenses in the amount of $0.00 for a total of $1,200.00. The allowance is payable:

 X   through the Chapter 13 plan as an administrative priority.

 ___   outside the plan.