Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−14391−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roberto Hurtado
   76 May Street
   Hawthorne, NJ 07506

Social Security No.:
   xxx−xx−2583

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/15/20 at 10:00 AM

to consider and act upon the following:

73 − Objection to (related document:72 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of US Bank National Association, as Trustee, et al. Objection deadline is 12/17/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Certificate of Service) filed by Creditor US Bank National Association, as Trustee, et al) filed by Russell L. Low on behalf of Roberto Hurtado. (Low, Russell)

Dated: 12/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court