Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−14391−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roberto Hurtado
   76 May Street
   Hawthorne, NJ 07506

Social Security No.:
   xxx−xx−2583

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/15/20 at 10:00 AM

to consider and act upon the following:

**74** − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Roberto Hurtado. Objection deadline is 12/20/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

Dated: 12/26/19

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court