Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−14391−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Roberto Hurtado
    76 May Street
    Hawthorne, NJ 07506

Social Security No.:
    xxx−xx−2583

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/15/20 at 10:00 AM

to consider and act upon the following:

*74* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Roberto Hurtado. Objection deadline is 12/20/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

Dated: 12/26/19

          Jeanne Naughton
          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 18-14391-RG
Roberto Hurtado                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Dec 26, 2019
                             Form ID: ntchrgbk        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.
db          +Roberto Hurtado,   76 May Street,   Hawthorne, NJ 07506-2653
cr          +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,    Phelan Hallinan & Schmieg, PC400 Fellows,
              400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr          +Wells Fargo Bank, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2019 23:43:38
              Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:
              Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2006-3 craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, as Trustee, et al
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2006-3 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    US Bank National Association, as Trustee, et al
               rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Roberto  Hurtado rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2006-3 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9