| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>US Bank National Association, As Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Trust 2006-3, CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-3 | **Order Filed on January 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Roberto Hurtado,<br><br>Debtor. | Case No.: 18-14391 RG<br>Adv. No.:<br>Hearing Date: 1/15/2020 @10:00 a.m.<br><br>Judge:  Rosemary Gambardella |

## ORDER EXTENDING LOSS MITIGATION TO JANUARY 31, 2020

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: January 30, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:        Roberto Hurtado
Case No.:      18-14391 RG
Caption:       **ORDER EXTENDING LOSS MITIGATION TO JANUARY 31, 2020**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, US Bank National Association, As Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Trust 2006-3, CSAB Mortgage- Backed Pass-Through Certificates, Series 2006-3, holder of a mortgage on real property located at 76 May Street, Hawthorne, NJ 07506, Denise Carlon appearing, by way of objection to the application for early termination of loss mitigation period, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low Esquire, attorney for Debtor, Roberto Hurtado, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the loss mitigation period is hereby extended to January 31, 2020; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the objection to application for early termination of the loss mitigation period is hereby resolved.