| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>US Bank National Association, As Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Trust 2006-3, CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-3 | **Order Filed on January 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Roberto Hurtado,<br><br>Debtor. | Case No.:  18-14391 RG<br>Adv. No.:<br>Hearing Date: 1/15/2020 @10:00 a.m.<br><br>Judge:  Rosemary Gambardella |

## ORDER EXTENDING LOSS MITIGATION TO JANUARY 31, 2020

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: January 30, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:        Roberto Hurtado
Case No.:      18-14391 RG
Caption:       **ORDER EXTENDING LOSS MITIGATION TO JANUARY 31, 2020**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, US Bank National Association, As Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Trust 2006-3, CSAB Mortgage- Backed Pass-Through Certificates, Series 2006-3, holder of a mortgage on real property located at 76 May Street, Hawthorne, NJ 07506, Denise Carlon appearing, by way of objection to the application for early termination of loss mitigation period, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low Esquire, attorney for Debtor, Roberto Hurtado, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the loss mitigation period is hereby extended to January 31, 2020; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the objection to application for early termination of the loss mitigation period is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-14391-RG
Roberto Hurtado                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 1                Date Rcvd: Jan 30, 2020
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db            +Roberto Hurtado,   76 May Street,    Hawthorne, NJ 07506-2653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
       SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
       SERIES 2006-3 nj.bkecf@fedphe.com
      Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
       CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH
       CERTIFICATES, SERIES 2006-3 craig.keiser@law.njoag.gov
      Denise E. Carlon    on behalf of Creditor    US Bank National Association, as Trustee, et al
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Marie-Ann    Greenberg    magecf@magtrustee.com
      Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
      Rebecca Ann Solarz    on behalf of Creditor    US Bank National Association, as Trustee, et al
       rsolarz@kmllawgroup.com
      Russell L. Low    on behalf of Debtor Roberto  Hurtado ecf@lowbankruptcy.com,
       ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
       CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH
       CERTIFICATES, SERIES 2006-3 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 9