UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Low & Low LLC
505 Main Street Suite 304
Hackensack NJ 07601
Telephone 201-343-4040
Russell L. Low Esq No 4745
Attorney for the Debtor

**Order Filed on June 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Roberto Hurtado

Case No.: _____18-14391_____

Chapter: _____13_____

Judge: _____RG_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 30, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____April 30, 2018_____:

Property:                    _____76 May Street Hawthorne NJ 07506_____

Creditor:                    _____Wells Fargo Home Mortgage_____

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by _____Russell L. Low_____, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including _____September 18, 2020_____.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*