Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−14391−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roberto Hurtado
   76 May Street
   Hawthorne, NJ 07506

Social Security No.:
   xxx−xx−2583

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/17/21 at 10:00 AM

to consider and act upon the following:

*108* − Objection to Debtors Application for Extension of Loss Mitigation Period (related document:104 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Roberto Hurtado. Objection deadline is 2/9/2021. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Roberto Hurtado) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. (Attachments: # 1 Certificate of Service) (Stewart, Gavin)

Dated: 2/10/21

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court