Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−14391−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Roberto Hurtado
  76 May Street
  Hawthorne, NJ 07506

Social Security No.:
  xxx−xx−2583

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     4/7/21
Time:     10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low, attorney,

COMMISSION OR FEES
$1,200.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

- ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: By $1,200.00

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 2, 2021
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Roberto Hurtado  
    Debtor

Case No. 18-14391-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 02, 2021      Form ID: 137      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roberto Hurtado, 76 May Street, Hawthorne, NJ 07506-2653 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE, Phelan Hallinan & Schmieg, PC400 Fellows, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Wells Fargo Bank, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517371164 | + | AMEX, CORRESPONDENCE, PO BOX 981540, EL PASO, TX 79998-1540 |
| 517461244 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517371167 | + | CAPITAL ONE, 12447 SW 69TH AVE, TIGARD, OR 97223-8517 |
| 517371168 | + | CITIBANK / SEARS, CITICORP CREDIT SERVICES/ATTN: CENTRALIZ, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 517371169 | + | CITIBANK SEARS, CITICORP CREDIT SRVS/CENTRALIZED BANKRUP, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 517371170 | + | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BANKRUP, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 517371171 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, FORD MOTOR CREDIT, PO BOX 62180, COLORADO SPRINGS, CO 80962 |
| 517371172 | + | Phelan, Hallinan & Schmieg, P.C., 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517371173 | | RYMR&FLNIGN, CSCL DISPUTE TEAM, DES MOINES, IA 50306 |
| 517371175 | + | SPECIALIZED LOAN SERVICING/SLS, ATTN: BANKRUPTCY, PO BOX 636005, LITTLETON, CO 80163-6005 |
| 517932659 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517423829 | | U.S. Bank National Association, as Trustee et.al., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |
| 517371179 | + | VISA DEPT STORE NATIONAL BANK, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040-8053 |
| 517371181 | + | WELLS FARGO HOME MTG (DBA) AMERICAS SERV, 1000 BLUE GENTIAN RD. #300, MAC #X7801-02K, EAGAN, MN 55121-1786 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:03 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517371168 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:40:57 | CITIBANK / SEARS, CITICORP CREDIT SERVICES/ATTN: CENTRALIZ, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 517371169 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:41:08 | CITIBANK SEARS, CITICORP CREDIT SRVS/CENTRALIZED BANKRUP, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517371170 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:40:59 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BANKRUP, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 517458884 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2021 20:35:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517437338 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:40:11 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk VA 23541 |
| 517437335 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:40:11 | Portfolio Recovery Associates, LLC, c/o Thd, POB 41067, Norfolk VA 23541 |
| 517371174 | + | Email/Text: jennifer.chacon@spservicing.com | Mar 02 2021 20:36:00 | SELECT PORTFOLIO SERVICING, INC, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 517371176 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:04 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 517371177 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:17 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 517371178 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:50 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 517374773 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517932660 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517371180 | *+ | VISA DEPT STORE NATIONAL BANK, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040-8053 |
| 517371165 | ##+ | BANK OD AMERICA, NC4-105-03-14, PO BOX 26012, GREENSBORO, NC 27420-6012 |
| 517371166 | ##+ | BANK OF AMERICA, NC4-102-03-14, PO BOX 26012, GREENSBORO, NC 27420-6012 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:

**Name**        **Email Address**

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Mar 02, 2021 Form ID: 137 Total Noticed: 29

| | |
|---|---|
| Craig Scott Keiser | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3 craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor US Bank National Association  as Trustee, et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor Wells Fargo Bank  N.A. nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor US Bank National Association  as Trustee, et al rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Roberto Hurtado ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8