Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.:  18−14391−RG
                                      Chapter:  13
                                      Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roberto Hurtado
   76 May Street
   Hawthorne, NJ 07506

Social Security No.:
   xxx−xx−2583

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/26/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 26, 2021
JAN: slm

                                                                                              Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 18-14391-RG
Roberto Hurtado                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin           Page 1 of 3
Date Rcvd: May 26, 2021         Form ID: 148         Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roberto Hurtado, 76 May Street, Hawthorne, NJ 07506-2653 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE, Phelan Hallinan & Schmieg, PC400 Fellows, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Wells Fargo Bank, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517371167 | + | CAPITAL ONE, 12447 SW 69TH AVE, TIGARD, OR 97223-8517 |
| 517371172 | + | Phelan, Hallinan & Schmieg, P.C., 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517371174 | + | SELECT PORTFOLIO SERVICING, INC, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 517371175 | + | SPECIALIZED LOAN SERVICING/SLS, ATTN: BANKRUPTCY, PO BOX 636005, LITTLETON, CO 80163-6005 |
| 517932659 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517423829 | | U.S. Bank National Association, as Trustee et.al., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2021 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2021 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | May 27 2021 00:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517371164 | + | EDI: AMEREXPR.COM | May 27 2021 00:33:00 | AMEX, CORRESPONDENCE, PO BOX 981540, EL PASO, TX 79998-1540 |
| 517461244 | | EDI: BECKLEE.COM | May 27 2021 00:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517371165 | + | EDI: BANKAMER.COM | May 27 2021 00:33:00 | BANK OD AMERICA, NC4-105-03-14, PO BOX 26012, GREENSBORO, NC 27420-6012 |
| 517371166 | + | EDI: BANKAMER.COM | May 27 2021 00:33:00 | BANK OF AMERICA, NC4-102-03-14, PO BOX 26012, GREENSBORO, NC 27420-6012 |
| 517371168 | + | EDI: CITICORP.COM | May 27 2021 00:33:00 | CITIBANK / SEARS, CITICORP CREDIT SERVICES/ATTN: CENTRALIZ, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 517371169 | + | EDI: CITICORP.COM | May 27 2021 00:33:00 | CITIBANK SEARS, CITICORP CREDIT SRVS/CENTRALIZED BANKRUP, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 517371170 | + | EDI: CITICORP.COM | May 27 2021 00:33:00 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BANKRUP, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 517371171 | | EDI: FORD.COM | May 27 2021 00:33:00 | FORD MOTOR CREDIT, PO BOX 62180, |

Case 18-14391-RG    Doc 126    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 148 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | COLORADO SPRINGS, CO 80962 |
| 517458884 | + | EDI: MID8.COM | May 27 2021 00:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517437338 | | EDI: PRA.COM | May 27 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk VA 23541 |
| 517437335 | | EDI: PRA.COM | May 27 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Thd, POB 41067, Norfolk VA 23541 |
| 517371173 | | EDI: WFFC.COM | May 27 2021 00:33:00 | RYMR&FLNIGN, CSCL DISPUTE TEAM, DES MOINES, IA 50306 |
| 517371176 | + | EDI: RMSC.COM | May 27 2021 00:33:00 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 517371177 | + | EDI: RMSC.COM | May 27 2021 00:33:00 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 517371178 | + | EDI: RMSC.COM | May 27 2021 00:33:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 517374773 | + | EDI: RMSC.COM | May 27 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517371179 | + | EDI: CITICORP.COM | May 27 2021 00:33:00 | VISA DEPT STORE NATIONAL BANK, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040-8053 |
| 517371181 | + | EDI: WFFC.COM | May 27 2021 00:33:00 | WELLS FARGO HOME MTG (DBA) AMERICAS SERV, 1000 BLUE GENTIAN RD. #300, MAC #X7801-02K, EAGAN, MN 55121-1786 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517932660 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517371180 | *+ | VISA DEPT STORE NATIONAL BANK, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040-8053 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 26, 2021 | Form ID: 148 | Total Noticed: 31 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig Scott Keiser | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3 craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor US Bank National Association  as Trustee, et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor Wells Fargo Bank  N.A. nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor US Bank National Association  as Trustee, et al rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Roberto Hurtado ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8